IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PHYLLIS TOWN,

           Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

           Defendant.

Case No. 3:10-cv-01301-AC

ORDER

Merrill Schneider
SCHNEIDER KERR LAW OFFICES
PO Box 14490
Portland, OR 97293

    Attorney for Plaintiff

David J. Burdett
SOCIAL SECURITY ADMINISTRATION
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

Adrian L. Brown
U.S. ATTORNEY'S OFFICE
District of Oregon
1000 S.W. Third Ave., Suite 600

1 - ORDER

Portland, OR 97204

    Attorneys for Defendant

HERNANDEZ, District Judge:

    Magistrate Judge John V. Acosta issued a Findings and Recommendation (#32) on May 23, 2013, recommending that Claimant's unopposed motion for attorney fees (#30) pursuant to 42 U.S.C. § 406(b) be granted.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure.

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record de novo.  United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles de novo, I find no error.

## CONCLUSION

    The Court ADOPTS the Magistrate Judge's Findings and Recommendation (#32).  Accordingly, Claimant's unopposed motion for attorney fees (#30) pursuant to 42 U.S.C. § 406(b) is granted.

    IT IS SO ORDERED.

    DATED this \_\_11\_\_ day of \_June\_, 2013.

                                   *Marco Hernandez*
                                   MARCO A. HERNANDEZ
                                   United States District Judge

2 - ORDER